**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Valentino, S.p.A., Valentino S.p.A., Valentino U.S.A., Inc. and Valentino Fashion Group S.p.A.<br><br>　　　　　Plaintiffs,<br>vs.<br><br>MDG International, Inc., d/b/a Matisse Design Group, Inc., Serendipity and Chandelle Collection; Bryant Young Soo Chun; a.k.a., Bryant Y. Chun; a.k.a., Bryant Chon; a.k.a., Youngsoo Chun; a.k.a., Young Soo Chun; a.k.a., Samuel Valentino Chun,<br><br>　　　　　Defendants. | Case No.:　CV11-09826 JFW<br>Complaint Filed: November 28, 2011<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

　　　WHEREAS, plaintiffs Mario Valentino, S.p.A. ("Mario Valentino"), Valentino S.p.A., Valentino U.S.A., Inc. and Valentino Fashion Group S.p.A. (three, collectively, "VSPA") (all plaintiffs, collectively, "Plaintiffs") and defendants MDG International, Inc., d/b/a Matisse Design Group, Inc., Serendipity and Chandelle Collection; Bryant Young Soo Chun; a.k.a., Bryant Y. Chun; a.k.a., Bryant Chon; a.k.a., Youngsoo Chun; a.k.a., Young Soo Chun; a.k.a., Samuel Valentino Chun (collectively "Defendants") have agreed in a separate agreement to settlement of the matters at issue among them and to entry of this Consent Judgment and Permanent Injunction, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. This is an action for (1) federal trademark infringement under the trademark laws of the United States, 15 U.S.C. § 1114; (2) false advertising and unfair competition under 15 U.S.C. § 1125(a); (3) false advertising under California Business and Professional Code § 17500; (4) unfair competition under California Business and Professional Code § 17200; and, (5) common law unfair competition.

2. This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a), 1338(b) and 1367(a), as well as 15 U.S.C. § 1121(a).  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

3. Mario Valentino is an Italian società per azioni, or joint stock company, organized under the laws of Italy with its principal place of business at Via Fontanelle, 85 I-80136, Napoli, Italy.

4. Valentino S.p.A. is an Italian società per azioni, or joint stock company, organized under the laws of Italy with its principal place of business at Via Turati, 16/18 I-20121, Milano, Italy.  It is the wholly-owned subsidiary of Valentino Fashions Group S.p.A.

5. Valentino U.S.A., Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 11 W. 42nd Street, New York, NY 10036-8002.  It is the wholly-owned subsidiary of Valentino S.p.A. and is the exclusive licensee of the trademarks owned by Valentino S.p.A. in the United States.

6. Valentino Fashion Group S.p.A. is an Italian joint stock company, organized under the laws of Italy with its principal place of business at Via Turati, 16/18 I-20121, Milano, Italy.

7. Defendant MDG International, Inc., d/b/a Matisse Design Group, Inc., Serendipity and Chandelle Collection ("MDG") is a California corporation having its principal place of business in this District, at 7330 Adams St., Paramount, California, 92703.

8. Defendant Bryant Young Soo Chun; a.k.a., Bryant Y. Chun; a.k.a., Bryant Chon; a.k.a., Youngsoo Chun; a.k.a., Young Soo Chun; a.k.a., Samuel Valentino Chun (collectively, "Chun") is an individual residing within this District. Defendant Chun is the owner of MDG, and personally controls and directs the activities of MDG in this District.

9. Since at least the early 1950's, Mario Valentino and its predecessors in interest have been using the MARIO VALENTINO, VALENTINO and/or related marks in connection with luxury fashion goods, including footwear, handbags and apparel in the United States.

10. Since at least as early as the 1960s, VSPA has been using the VALENTINO, VALENTINO GARAVANI and/or related marks in connection with luxury fashion apparel and accessories, including footwear, handbags, and apparel in the United States.

11. The Plaintiffs have each built a trademark portfolio of valid and subsisting United States trademark registrations for their various respective trademarks. This portfolio includes many incontestable marks. A complete schedule of each of the Plaintiffs' valid and subsisting United States trademark registrations is attached as **Exhibit A**.

12. Since at least as early as 2007, Chun has repeatedly used and attempted to obtain trademark protection for trademarks incorporating one or more of the Valentino name, including for SERENDIPITY VALENTINO and ⓈⓋ (the "SV Circle Mark") (hereinafter referred collectively as the "Infringing Marks"). The SV Circle Mark is currently the subject of Application Serial No. 85/204,271, which has been opposed by both VSPA and Mario Valentino.

13. During the time Chun has been attempting to obtain protection for his Infringing

Marks, Defendants have owned and operated at least one website, www.mdgbag.com, and one showroom located in Los Angeles, California. On at least that website and in that showroom, Defendants sell, *inter alia*, handbags and other fashion accessories bearing the Infringing Marks, including, VALENTINO, SERENDIPITY VALENTINO and the SV Circle Mark.

14. None of the Plaintiffs have licensed any of the Defendants to use any of their respective trademarks as shown in Exhibit A for any purpose.

15. The Defendants' marketing, distribution, advertising, promotion, offering for sale, and/or sale of goods bearing the Infringing Marks is likely to cause, and has caused, confusion, mistake, and deception among the consuming public in that those products and marks imitate Plaintiffs' products and Plaintiffs' respective trademarks as shown in Exhibit A.

16. The Defendants' use of the Infringing Marks constitutes trademark infringement of Plaintiffs' respective trademarks as shown in Exhibit A in violation of the Lanham Act, 15 U.S.C. § 1051, *et. seq.*, to the substantial and irreparable injury of the public and of the Plaintiffs' business reputation and goodwill.

17. MDG, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, including, but not limited to, Chun, are hereby permanently enjoined from engaging in any of the following activities:

    (a) marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling any goods bearing the Infringing Marks;

    (b) using any of Plaintiffs' respective trademarks as shown in Exhibit A, or any other mark, design, reproduction, copy, or symbol, including, but not limited to any use of the term VALENTINO, that is a colorable imitation

thereof, or confusingly similar thereto, in connection with the use, marketing, distribution, advertisement, promotion, importation, offer for sale, and/or sale of goods not originating from or authorized by the Plaintiffs;

(c) using any of Plaintiffs' respective trademarks as shown in Exhibit A, or any other mark, design, reproduction, copy, or symbol, including, but not limited to any use of the term VALENTINO, that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

(d) representing in any manner, or by any method whatsoever, that goods, services, or other products provided by Defendants are sponsored, approved, authorized by, or originate from Plaintiffs or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such goods or services;

(e) representing in any manner, or by any method whatsoever, that Defendants own a federal trademark registration for any of the Infringing Marks;

(f) committing any acts calculated or likely to cause consumers to believe that Defendants' products are Plaintiffs' products or are authorized by Plaintiffs; and,

(g) unfairly competing with Plaintiffs in any manner.

18. In addition, Chun shall withdraw Application Serial No. 85/204,271 seeking trademark protection for the SV Circle Mark, with prejudice and shall not, in the future, attempt

to register any trademark which is a colorable imitation of any of Plaintiffs' respective trademarks as shown in Exhibit A, is confusingly similar to any of Plaintiffs' respective trademarks as shown in Exhibit A, or contains "Valentino" in the trademark. Chun's withdrawal of the application shall be completed within seven (7) days of entry of this Consent Judgment and Permanent Injunction.

19. Defendants shall deliver up for destruction all products, labels, signs, prints, packages, wrappers, receptacles, goods, and other articles bearing or incorporating the Infringing Marks and/or Plaintiffs' respective trademarks as shown in Exhibit A, together with all plates, molds, matrices and other means used for making the same, pursuant to 15 U.S.C. § 1118.

20. Defendants shall file with the Court and serve on Plaintiffs, within 30 days after service of this Order, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with this Order.

21. Service by mail upon Defendants, addressed to Justin G. Schmidt, Emilio Law Group, APC, 12832 Valley View St., #106, Garden Grove, CA 92845, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall not be necessary for any of the Defendants to sign any form of acknowledgement of service.

22. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: March 22, 2012

_____
Hon. John F. Walter
United States District Court Judge

## EXHIBIT A

## Mario Valentino S.p.A.

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| VALENTINO | 951,621 | 1/30/73 | Handbags and luggage in IC 18 |
| MARIO VALENTINO | 978,649 | 2/12/74 | Footwear in IC 25 |
| (V. logo) | 1,454,256 | 8/25/87 | Articles made of leather or of imitation leather, namely, handbags, pocket wallets in IC 18<br>Shoes, boots and belts in IC 25 |
| (chevron logo) | 1,455,215 | 9/1/87 | Handbags, wallets in IC 18<br>Belts in IC 25 |
| VAVAV | 1,522,565 | 1/31/89 | Handbags, travelling bags, and briefcases in IC 18 |
| MARIO VALENTINO | 1,622,609 | 11/13/90 | Footwear, namely, boots, shoes, slippers, and sandals in IC 25 |
| MARIO VALENTINO | 1,691,564 | 6/9/92 | Luggage, handbags, travelling bags, cosmetic cases sold empty, suitcases, briefcases, key cases, pouches, wallets, and purses in IC 18 |
| (chevron logo) | 1,756,330 | 3/9/93 | Goods and services in IC 3, 14, 25 including, clothing; namely, jackets, vests, raincoats, coats, sport jackets, skirts, dresses, tops, trousers, bush jackets, belts and suits for women and footwear; namely, boots, shoes and sandals in IC 25 |
| MARIO VALENTINO | 2,865,858 | 7/27/04 | Articles of outer clothing for women; namely, jackets, skirts, waistcoats, dresses, tops, shirts, all made of leather in IC 25 |
| MARIO VALENTINO | 4,024,693 | 9/13/11 | Jewelry and costume jewelry; cuff links, tie pins; watches and cases therefor in IC 14 |

## VSPA Companies

Valentino S.p.A.

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| VALENTINO | 899,841 | 9/29/70 | Perfume in IC 3 |
| VALENTINO | 901,896 | 11/3/70 | Eau de cologne in IC 3 |
| VALENTINO | 910,955 | 4/6/71 | Articles of clothing and accessories - namely, dresses, belts, gloves, scarves, swimwear, and ties in IC 25 |
| VALENTINO | 956,665 | 4/3/73 | Retail department store services in IC 35 |
| VALENTINO | 1,153,226 | 5/5/81 | Men's clothing-namely, suits, sport jackets, overcoats, shirts, trousers, bermuda shorts, and bathing suits in IC 25 |

| Mark | Reg. No. | Date | Goods/Services |
|---|---|---|---|
| (V logo) | 1,191,740 | 3/9/82 | Articles of clothing and accessories-namely, jumpers, sweaters, dresses, skirts, blouses, suits, jackets, coats, shirts, trousers, vests, jeans, slacks, shorts, swimwear, hats, lingerie, ties, scarves, hosiery in IC 25 |
| Valentino | 1,268,029 | 2/21/84 | Articles of clothing and accessories-namely, jumpers, sweaters, dresses, skirts, blouses, suits, jackets, coats, shirts, trousers, vests, jeans, slacks, shorts, swimwear, hats, lingerie, ties, belts, scarves, hosiery and gloves in IC 25 |
| (V valentino logo) | 1,268,030 | 2/21/84 | Articles of clothing and accessories, namely, jumpers, sweaters, dresses, skirts, blouses, suits, jackets, coats, shirts, trousers, vests, jeans, slacks, shorts, swimwear, hats, lingerie, ties, belts, scarves, hosiery and gloves in IC 25 |
| valentino garavani (V logo) | 1,418,315 | 11/25/86 | Costume jewelry in IC 14 |
| valentino garavani (V logo) | 1,419,190 | 12/2/86 | Valises, garment bags for travel, handbags, shoulder bags, clutch bags, brief cases, attache cases, umbrellas, and small leather goods -- namely, passport cases, wallets, key cases, billfolds, vanity cases sold empty and credit card holders in IC 18 |
| valentino garavani (V logo) | 1,422,015 | 12/23/86 | Articles of clothing- namely, belts, scarves, gloves, boots, shoes and slippers in IC 25 |
| VERY VALENTINO | 2,286,240 | 10/12/99 | Perfume, eau de parfum, eau de toilette, body lotion, deodorant and bath and shower gel in IC 3 |
| VALENTINO | 2,312,756 | 2/1/00 | Spectacle frames and sunglasses in IC 9 |
| (V logo) | 2,315,165 | 2/8/00 | Spectacle frames and sunglasses in IC 9 |
| (V logo) | 2,740,997 | 7/29/03 | Goods and services in IC 3, 9, 14, 16, 20, 21, 24, 25, 27, 35. |
| VALENTINO GARAVANI | 2,755,270 | 8/26/03 | Retail store services featuring clothing, eye glasses and sunglasses, watches, leather or imitation leather articles such as bags, purses, briefcases, address books, journals, and shoes in IC 35 |
| VALENTINO GARAVANI | 2,826,869 | 3/30/04 | Goods and services in IC 9, 14, including; men's and women's watches and clocks in IC 14 |
| VALENTINO GARAVANI | 2,880,581 | 9/7/04 | Goods in IC 18, 25, 34 including, handbags, shoulder bags, clutch bags, wallets in IC 18; articles of clothing, namely, belts, scarves, and ties in IC 25 |